JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ROY WALKER,<br><br>    Petitioner,<br><br>    v.<br><br>SECRETARY OF CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION,<br><br>    Respondent. | CASE NO. CV 11-9086-CJC (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   November 13, 2012.

*[signature]*

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment Re Walker v. CDCR.wpd