JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH ROY WALKER, | ) | CASE NO. CV 11-9086-CJC (PJW) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| SECRETARY OF CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, | ) ) ) ) | |
| Respondent. | ) ) | |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:   November 13, 2012.

                                          CORMAC J. CARNEY
                                          UNITED STATES DISTRICT JUDGE